FILED

MAR 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NEHEMIAH ROBINSON,

            Plaintiff - Appellant,

    v.

M. PENNER; et al.,

            Defendants - Appellees.

No. 08-16604

D.C. No. 2:05-cv-01499-LKK-CMK

MEMORANDUM [*]

Appeal from the United States District Court
for the Eastern District of California
Lawrence K. Karlton, District Judge, Presiding

Submitted February 16, 2010[**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

    Nehemiah Robinson, a California state prisoner, appeals pro se from the

district court's summary judgment for defendants in his 42 U.S.C. § 1983 action

_____

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this is case suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

KV/Research

alleging deliberate indifference to his medical needs.  We have jurisdiction under

28 U.S.C. § 1291.  We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056

(9th Cir. 2004), and we affirm.

The district court properly granted summary judgment to defendants because

Robinson failed to raise a genuine issue of material fact as to whether the treatment

for his arthritis "was medically unacceptable under the circumstances and was

chosen in conscious disregard of an excessive risk to [his] health."  *Id*. at 1058

(explaining that a difference of medical opinion is insufficient, as a matter of law,

to establish deliberate indifference) (citation and internal quotation omitted).

Robinson's remaining contentions are unpersuasive.

**AFFIRMED.**